UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN WIEDERSPOHN, | ) |
| Plaintiff, | ) Case No. 07-2074-JPD |
| vs. | ) ORDER GRANTING EXTENSION OF TIME |
| JEREMY FREEMAN, TROY VANDERVEEN, Washington residents, and WHATCOM COUNTY, a municipal corporation, | ) |
| Defendants. | ) |

This matter comes before the Court on Plaintiff's motion for an extension of time to respond to Defendants' motion in limine re Deputy Jarren Van Loo's deposition testimony. Dkt. No. 33. The Court finds there is good cause to grant the extension, and accordingly GRANTS Plaintiff's motion.

IT IS THEREFORE ORDERED that Plaintiff shall have until Friday, December 26, 2008 to respond to Defendants' motion in limine re Deputy Jarren Van Loo's deposition testimony.

DATED this 29th day of December, 2008.

<u>James P. Donohue</u>
United States Magistrate Judge

ORDER
PAGE 1