UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN WIEDERSPOHN,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY FREEMAN, TREVOR VANDERVEEN, Washington residents, and WHATCOM COUNTY, a municipal corporation,<br><br>Defendants. | Case No. 07-2074-JPD<br><br>MINUTE ORDER REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

The following minute order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Defendants' Motion for Summary Judgment, Dkt. No. 21, is DENIED. A more detailed order explaining the Court's reasoning will follow.

DATED this 5th day of January, 2009.

Bruce Rifkin
Clerk of the Court

/s/ Peter H. Voelker
Deputy Clerk

MINUTE ORDER
PAGE - 1