AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN WIEDERSPOHN,

       Plaintiff,

  v.

JEREMY FREEMAN, TREVOR VANDERVEEN, Washington residents, and WHATCOM COUNTY, a municipal corporation,

       Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.  07-CV-2074-JPD

 X    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Jury finds for Plaintiff Brian Wiederspohn, and awards damages against Defendant Jeremy Freeman in the amount of $100,000 and punitive damages in the amount of $150,000.  The jury also awards damages against Defendant Trevor VanderVeen in the amount of $100,000 and punitive damages in the amount of $150,000.  Plaintiff is awarded costs of suit.

    Dated this 2nd day of February, 2009.

 

                                                     BRUCE RIFKIN
                                                     Clerk

                                                     /s/   Peter H. Voelker
                                                     Deputy Clerk