IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN WIEDERSPOHN,<br><br>  Plaintiff,<br><br>vs.<br><br>JEREMY FREEMAN, TREVOR VANDERVEEN, Washington residents,<br><br>  Defendants | Case No.: C07-2074 JPD<br><br>WIEDERSPOHN'S MOTION FOR COSTS AND REASONABLE ATTORNEY'S FEES<br><br>NOTED FOR: Friday, February 20, 2009 |

Plaintiff Brian Wiederspohn ("Wiederspohn") moves the Court for an order requiring defendants to pay his costs and reasonable attorney's fees pursuant to Civil Rule 54, 42 U.S.C. §1983, and other relevant law. Wiederspohn's costs and attorney's fees are as follows:

| | | |
|---|---|---|
| 1. | Attorney's fees | $117,810.25 |
| 2. | Costs billed | $ 20,801.76 |
| 3. | Costs incurred but not yet billed | $ 3,377.70 |
| **Total** | | **$141,989.71** |

WIEDERSPOHN'S MOTION FOR COSTS AND
REASONABLE ATTORNEY'S FEES - 1

BROWNLIE EVANS WOLF & LEE, LLP
230 E. Champion Street
Bellingham, WA 98225
Ph 360-676-0306 / F 360-676-8058

The accounting for the attorney's fees and costs that my firm has billed to Wiederspohn in this matter is contained in Exhibit 1 to the Affidavit of Murphy Evans in Support of Wiederspohn's Motion for Costs and Reasonable Attorney's Fees. That accounting shows precisely how my time and my paralegals' time were spent. The amount of time spent – as reflected in the accounting – is reasonable, given the issues involved and the effort required in taking this matter through to trial.

I have been practicing law in Washington state continuously since 1996. My hourly rate for civil rights claims is $240.00 per hour. This hourly rate is probably less than the hourly rates charged by most of the other attorneys handling civil rights cases in this jurisdiction. My hourly rate is reasonable given my experience, the market, and the issues involved.

My paralegals' hourly rate is $85.00. This hourly rate is comparable to – or less than – the hourly rates of other paralegals practicing in this jurisdiction on this type of case. This hourly rate is reasonable.

Because the amount of time spent on this case is reasonable and the hourly rates charged are reasonable, the request for attorney's fees in the amount of $117,810.25 is reasonable. The request for attorney's fees is also reasonable in light of the jury's verdict. Wiederspohn requests that attorney's fees in the amount of $117,810.25 be awarded.[1]

---

[1] The total attorney's fees, $117,810.25, differs slightly from the total accounting at page 12 of Exhibit 1 ($115,746.25). The reason for this difference is that the time spent from October 16, 2007 until December 20, 2007 (8.60 hours) was billed at an hourly rate of $0.00 (see p. 1 of Exhibit 1). When this time is billed at $240.00 per hour, the charge for this time is $2,064.00. When this amount is added to other time, the total is $115,746.25 + $2,064.00 = $117,810.25.

WIEDERSPOHN'S MOTION FOR COSTS AND
REASONABLE ATTORNEY'S FEES - 2

BROWNLIE EVANS WOLF & LEE, LLP
230 E. Champion Street
Bellingham, WA 98225
Ph 360-676-0306 / F 360-676-8058

The costs paid to date are $20,801.76. The accounting for those costs is contained in Exhibit 1. These costs were reasonable and necessary. Wiederspohn asks that these costs be awarded.

In addition to the costs reflected in Exhibit 1, there are costs that have been incurred by my firm but not yet billed to Wiederspohn. These costs include expert witness fees associated with Dr. Susan Kane-Ronning's preparation and appearance at the trial, and the cost of room and board during the trial. A complete accounting for those costs is contained in Exhibit 2. These costs total $3,377.70 and were reasonable and necessary. Wiederspohn asks that these costs be awarded.

The total of the costs and reasonable attorney's fees is $141,989.71. Wiederspohn asks that the Court order the defendants to pay these costs and reasonable attorney's fees.

Dated this 6th day of February, 2009.

By: _____
Murphy Evans, WSBA #26293
Brownlie Evans Wolf & Lee, LLP
230 E. Champion Street
Bellingham, WA 98225
Telephone: (360) 676-0306
Fax: (360) 676-8058
E-mail: murphy@brownlieevans.com
Attorney for Plaintiff

WIEDERSPOHN'S MOTION FOR COSTS AND
REASONABLE ATTORNEY'S FEES - 3

BROWNLIE EVANS WOLF & LEE, LLP
230 E. Champion Street
Bellingham, WA 98225
Ph 360-676-0306 / F 360-676-8058