IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| BRIAN WIEDERSPOHN, | ) | Case No.: C07-2074 JPD |
| | ) | |
| Plaintiff, | ) | AFFIDAVIT OF MURPHY EVANS IN |
| | ) | SUPPORT OF WIEDERSPOHN'S |
| vs. | ) | MOTION FOR COSTS AND |
| | ) | REASONABLE ATTORNEY'S FEES |
| JEREMY FREEMAN, TREVOR VANDERVEEN, Washington residents, | ) ) | |
| | ) | |
| Defendants | ) | NOTED FOR: Friday, February 20, 2009 |
| | ) ) ) | |

STATE OF WASHINGTON   )
                     )ss.
COUNTY OF WHATCOM    )

Murphy Evans, being first duly sworn on oath, does hereby depose and state:

1.  I am the attorney for Brian Wiederspohn, the plaintiff in this matter.

2.  Attached hereto as Exhibit 1 is a true and correct copy of my firm's billing in this matter.  This billing includes the time spent by myself, the time spent by my paralegals – Suzanne Collins and Shirley Coolidge, -- and the costs that have been incurred and billed pursuant to this lawsuit.   The billed time was reasonable and necessary to prosecute Mr. Wiederspohn's claims in this matter.  The billed costs were

AFFIDAVIT OF MURPHY EVANS IN SUPPORT
OF WIEDERSPOHN'S MOTION FOR COSTS
AND ATTORNEY'S FEES - 1

BROWNLIE EVANS WOLF & LEE, LLP
230 E. Champion Street
Bellingham, WA 98225
Ph 360-676-0306 / F 360-676-8058

reasonable and necessary to prosecute Mr. Wiederspohn's claims in this matter.

3.  Attached hereto as Exhibit 2 is a true and correct copy of the costs that have been incurred by my firm but which have not yet been billed to Mr. Wiederspohn. These costs were reasonable and necessary to prosecute Mr. Wiederspohn's claims in this matter. Included in Exhibit 2 is a portion of a credit card statement showing costs incurred during the course of the trial and an unpaid invoice from Dr. Susan Kane-Ronning reflecting the preparation and appearance fees associated with her trial testimony. The amount requested under Exhibit 2 is all of the credit card charges made by Murphy Evans, with the exception of the charge for dinner at Pepper Sisters ($1,239.21 - $26.51 = $1,212.70) plus Kane-Ronning's billing ($2,165.00) for a total of $3,377.70.

4.  I have practiced law in Washington state continuously since 1996. My hourly rate in this case was $240.00. This is the hourly rate I charge for all of my civil rights cases. I believe that this hourly rate is probably less than the hourly rate charged by most civil rights practitioners in this jurisdiction. I believe this hourly rate is reasonable given my experience, given the market, and given the issues involved.

_____
Murphy Evans

SUBSCRIBED AND SWORN TO before me this ____ day of February, 2009.

_____
NOTARY PUBLIC, in and for the State of Washington, residing at: Bellingham
Printed Name: Shirley Coolidge
My commission expires: 10/20/12

AFFIDAVIT OF MURPHY EVANS IN SUPPORT
OF WIEDERSPOHN'S MOTION FOR COSTS
AND ATTORNEY'S FEES - 2

BROWNLIE EVANS WOLF & LEE, LLP
230 E. Champion Street
Bellingham, WA 98225
Ph 360-676-0306 / F 360-676-8058

| Date / Entry # | Received From/Paid To / Explanation | Chq# Rec# | General Rcpts | General Disbs | Fees | Bld Inv# | Acc | Trust Rcpts | Trust Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 948 | Wiederspohn, Brian | | | | | | | | | Resp Lawyer: ME |
| 948-003 | Whatcom County Sheriff | | | | | | | | | |
| Oct 16/2007 61783 | Lawyer: ME 0.70 Hrs X 0.00 Phone call with Brian regarding his claim against sheriff's department; | | | | 0.00 | 7108 | | | | |
| Nov 26/2007 63634 | Lawyer: ME 0.50 Hrs X 0.00 Phone call with Brian regarding claim; | | | | 0.00 | 7108 | | | | |
| Dec 3/2007 63967 | Lawyer: ME 0.90 Hrs X 0.00 research 4th amendment | | | | 0.00 | 7108 | | | | |
| Dec 4/2007 64070 | Lawyer: ME 2.80 Hrs X 0.00 Meeting with Brian and Susan; draft notice of claim; | | | | 0.00 | 7108 | | | | |
| Dec 11/2007 64323 | Lawyer: ME 1.10 Hrs X 0.00 Draft complaint; | | | | 0.00 | 7108 | | | | |
| Dec 12/2007 64365 | Lawyer: ME 0.50 Hrs X 0.00 Draft complaint; | | | | 0.00 | 7108 | | | | |
| Dec 17/2007 64602 | Lawyer: ME 0.90 Hrs X 0.00 Phone call with Amber; phone call with Ryan | | | | 0.00 | 7108 | | | | |
| Dec 20/2007 64944 | Lawyer: ME 2.20 Hrs X 0.00 Phone call with Brian; revise complaint; | | | | 0.00 | 7108 | | | | |
| Dec 21/2007 65013 | Lawyer: ME 1.20 Hrs X 240.00 Review complaint with Brian; | | | | 288.00 | 7108 | | | | |
| Dec 26/2007 65024 | Lawyer: ME 7.10 Hrs X 240.00 Finalize summons and ocmplaint; notice of claim; civil cover sheet; meeting with Brian and Susan; | | | | 1704.00 | 7108 | | | | |
| Dec 27/2007 65035 | Lawyer: ME 0.30 Hrs X 240.00 Review Notice of claim ordinance; draft letter to clerk of County Council with Notice of Claim; | | | | 72.00 | 7108 | | | | |
| Dec 27/2007 65072 | Lawyer: ME 0.30 Hrs X 240.00 Draft public disclosure request | | | | 72.00 | 7108 | | | | |
| Dec 27/2007 65797 | Lawyer: SMC 0.10 Hrs X 85.00 File Notice of Claim with Whatcom County Council | | | | 8.50 | 7108 | | | | |
| Dec 27/2007 68202 | US District Court Clerk Filing Fee | 4186 | | 350.00 | | 7108 | | | | |
| Jan 4/2008 65379 | Lawyer: SMC 0.10 Hrs X 85.00 Search for addresses for Jeremy Freeman and Troy Vanderveen; p/c to Monica at SSP Legal Support to request search of Jeremy and Troy | | | | 8.50 | 7108 | | | | |
| Jan 8/2008 65459 | Lawyer: ME 0.20 Hrs X 240.00 Public disclosure request; | | | | 48.00 | 7108 | | | | |
| Jan 8/2008 65470 | Lawyer: SMC 0.30 Hrs X 85.00 P/C with Monica at SSP Legal Support for status on locating Freeman and Vanderveen; copy Summons and Complaint for service on Whatcom County Auditor; complete SSP form to serve county and call for pickup | | | | 25.50 | 7108 | | | | |
| Jan 11/2008 65622 | Lawyer: ME 0.10 Hrs X 240.00 Phone call to Randy Watts regarding service on deputies; | | | | 24.00 | 7108 | | | | |
| Jan 14/2008 65667 | Whatcom County Sheriff's Office Sheriff's fee for service of summons & complaint | 4228 | | 45.00 | | 7108 | | | | |
| Jan 14/2008 65683 | Lawyer: ME 0.20 Hrs X 240.00 Amend complaint and smend summons in light of VanderVeen's true name; | | | | 48.00 | 7108 | | | | |
| Jan 14/2008 65702 | Lawyer: SMC 1.50 Hrs X 85.00 Review Sheriff's Office website for procedure to serve Summons and Complaint; complete intake sheet for service of deputies; copy Summons and Complaint for service; to Sheriff's Office to submit paperwork; prepare Praecipe, First Amended Summonses, and First Amended Complaint; file document electronically with court | | | | 127.50 | 7108 | | | | |
| Jan 15/2008 65739 | Whatcom County Sheriffs Office Document Fees-Wiederspohn | 4230 | | 13.60 | | 7108 | | | | |
| Jan 15/2008 65742 | Lawyer: ME 0.10 Hrs X 240.00 Phone call with Sheriff's department clerk regarding response to our public disclosure request; | | | | 24.00 | 7108 | | | | |
| Jan 15/2008 65748 | Lawyer: ME 0.60 Hrs X 240.00 Look through sheriff's repsonse | | | | 144.00 | 7108 | | | | |

**EXHIBIT 1**

| Date / Entry # | Received From/Paid To Explanation | Chq# Rec# | General Rcpts | General Disbs | Fees | Bld Inv# | Acc | Trust Rcpts | Trust Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | to our discovery requests; inquire about transcript for jury trial; letter to Michael Tasker requesting copy of his files; | | | | | | | | | |
| Jan 16/2008 65865 | Lawyer: SMC 0.10 Hrs X 85.00 Proof Affidavit of Service on Defendant Whatcom County; p/c to Monica at SSP Legal Support re errors on affidavit | | | | 8.50 | 7108 | | | | |
| Jan 18/2008 66160 | Lawyer: SMC 0.10 Hrs X 85.00 Deliver First Amended Summonses and First Amended Complaints to Sheriff's Office for service on deputies | | | | 8.50 | 7108 | | | | |
| Jan 22/2008 66174 | SSP - Legal Support Services Courier Expense -Inv. No. 2008000105 service on Whatcom County | 4237 | | 42.10 | | 7108 | | | | |
| Jan 28/2008 66428 | Lawyer: ME 0.30 Hrs X 240.00 Read and respond to email from public disclosure officer and voicemail from prosecutor's office; review documents produced by prosecutor's office; | | | | 72.00 | 7108 | | | | |
| Jan 30/2008 66500 | Lawyer: ME 0.10 Hrs X 240.00 Read and respond to email from Public Disclosure Officer; | | | | 24.00 | 7108 | | | | |
| Feb 5/2008 66776 | Lawyer: ME 0.10 Hrs X 240.00 left message with Tasker's office regarding copying file; | | | | 24.00 | 7108 | | | | |
| Feb 15/2008 67094 | Lawyer: SMC 0.30 Hrs X 85.00 Prepare tickler records for initial disclosure deadlines; electronically file Returns of Service with court for Deputies VanderVeen and Freeman | | | | 25.50 | 7108 | | | | |
| Mar 11/2008 68204 | Brian Wiedrspohn Trust Deposit-Brian Wiederspohn | 00656 | | | | 7108 | 1 | 350.00 | | 350.00 |
| Mar 12/2008 68280 | Lawyer: ME 2.40 Hrs X 240.00 Review federal rules on discovery; prepare for discovery conference; phone call to Randy Watts, attorney for Whatcom County; discovery conference with Randy Watts; | | | | 576.00 | 7108 | | | | |
| Mar 17/2008 68595 | Lawyer: ME 0.20 Hrs X 240.00 Phone call with Brian regarding discovery issues; | | | | 48.00 | 7108 | | | | |
| Mar 17/2008 68621 | Lawyer: ME 0.30 Hrs X 240.00 Review discovery materials provided by prosecutor; | | | | 72.00 | 7108 | | | | |
| Mar 18/2008 68790 | Lawyer: ME 1.30 Hrs X 240.00 Meeting with Brian to review initial disclosures; | | | | 312.00 | 7108 | | | | |
| Mar 19/2008 68819 | Lawyer: ME 0.60 Hrs X 240.00 Draft letter to county's attorney with initial disclosures; phone call with Brian; | | | | 144.00 | 7108 | | | | |
| Mar 20/2008 68861 | Lawyer: ME 0.20 Hrs X 240.00 Phone call with client; finalize letter with initial disclosures; | | | | 48.00 | 7108 | | | | |
| Mar 26/2008 69035 | Lawyer: ME 0.30 Hrs X 240.00 Phone call with Sue regarding photos; phone call to Randy Watts regarding joint status report; | | | | 72.00 | 7108 | | | | |
| Mar 26/2008 69042 | Lawyer: ME 0.20 Hrs X 240.00 Letter to Watts regarding joint status report; | | | | 48.00 | 7108 | | | | |
| Mar 28/2008 69107 | Billing on Invoice 7108 FEES 4076.50 DISBS 450.70 | | | 0.00 | | 7108 | | | | |
| Mar 28/2008 69765 | Lawyer: ME 1.50 Hrs X 240.00 Review files from Michael Tasker's office; draft joint status report; phone call to U.S. District Court regarding extension; | | | | 360.00 | 7223 | | | | |
| Mar 31/2008 69213 | Brownlie Evans Wolf & Lee, LLP Reimbursement to general account for payment of filing fee | 2551 | | | | 7223 | 1 | | 350.00 | 0.00 |
| Mar 31/2008 69215 | Brownlie Evans Wolf & Lee, LLP PMT - Reimbursement to general account for payment of filing fee | 2649 | 350.00 | | | | | | | |
| Mar 31/2008 | Lawyer: ME 0.60 Hrs X 240.00 | | | | | | | | | |

**EXHIBIT 1**

Client Ledger
ALL DATES

| Date Entry # | Received From/Paid To Explanation | Chq# Rec# | Rcpts | Disbs | Fees | Bld Inv# | Acc | Rcpts | Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | 69286 | Phone call with Randy Watts; revise joint status report; email to Randy Watts; | | | | 144.00 | 7223 | | | | |
| Mar 31/2008 69766 | Lawyer: ME  0.30 Hrs X 240.00 Phone call with Susan; phone call to Ryan Stafford; phone call to Shawn Wynne; | | | | 72.00 | 7223 | | | | |
| Apr 1/2008 69362 | Lawyer: SMC  0.10 Hrs X 85.00 Electronically file Joint Status Report with US District Court | | | | 8.50 | 7223 | | | | |
| Apr 1/2008 69767 | Lawyer: ME  0.10 Hrs X 240.00 Read and respond to email from Randy Watts; finalize joint status report for signature and filing; | | | | 24.00 | 7223 | | | | |
| Apr 3/2008 69434 | Lawyer: ME  0.10 Hrs X 240.00 Phone call with Ryan Stanford to schedule interview; | | | | 24.00 | 7223 | | | | |
| Apr 5/2008 69506 | Lawyer: ME  2.50 Hrs X 240.00 Meeting and interviews with witnesses; | | | | 600.00 | 7223 | | | | |
| Apr 15/2008 69736 | Lawyer: ME  0.10 Hrs X 240.00 Review correspondence from county attorney; | | | | 24.00 | 7223 | | | | |
| Apr 17/2008 70040 | Billing on Invoice 7223 FEES      1256.50 | | | 0.00 | | 7223 | | | | |
| Apr 17/2008 70082 | Lawyer: ME  0.20 Hrs X 240.00 Review email from district court regarding assignment of new magistrate; phone call to Brian; email response to district court; | | | | 48.00 | 7438 | | | | |
| Apr 28/2008 70508 | Lawyer: SMC  0.50 Hrs X 85.00 Prepare tickler records for trial and pretrial deadlines per court's order | | | | 42.50 | 7438 | | | | |
| May 1/2008 70772 | Lawyer: ME  0.20 Hrs X 240.00 Phone call to Randy Watts; review submtited interrogatories; phone call to Brian; | | | | 48.00 | 7438 | | | | |
| May 1/2008 70781 | Lawyer: ME  1.10 Hrs X 240.00 Legal research on 4th Amendment; | | | | 264.00 | 7438 | | | | |
| May 2/2008 71504 | Lawyer: ME  1.50 Hrs X 240.00 Research 4th Amendment caselaw; | | | | 360.00 | 7438 | | | | |
| May 5/2008 70900 | Lawyer: ME  0.20 Hrs X 240.00 Research expert witness; | | | | 48.00 | 7438 | | | | |
| May 5/2008 70903 | Lawyer: ME  1.90 Hrs X 240.00 Meeting with Brian and Susan; draft answers to interrogatories; | | | | 456.00 | 7438 | | | | |
| May 6/2008 70921 | Lawyer: ME  0.20 Hrs X 240.00 Phone call from Randy Watts; phone call to Judge Uhrig's court reporter; | | | | 48.00 | 7438 | | | | |
| May 6/2008 70938 | Lawyer: ME  0.10 Hrs X 240.00 phone call to Randy Watts regarding transcripts; | | | | 24.00 | 7438 | | | | |
| May 6/2008 73549 | Kinko's Copies for Wiederspohn | 4473 | | 43.97 | | 7438 | | | | |
| May 9/2008 71505 | Lawyer: ME  0.80 Hrs X 240.00 Phone call with local attonreys regarding expert witnesses; phone call with expert witness; | | | | 192.00 | 7438 | | | | |
| May 15/2008 71506 | Lawyer: ME  1.20 Hrs X 240.00 Phone call with Brian; letter to Randy Watts; phone call from prosecutor's office; phone call with expert; notes to file; | | | | 288.00 | 7438 | | | | |
| May 19/2008 71936 | Billing on Invoice 7438 FEES     1818.50 DISBS 43.97 | | | 0.00 | | 7438 | | | | |
| May 20/2008 72017 | Lawyer: ME  0.10 Hrs X 240.00 Phone call from Terry Zemel, assistant to Randy Watts; | | | | 24.00 | 7585 | | | | |
| May 21/2008 72073 | Lawyer: ME  0.10 Hrs X 240.00 Phone call with client; | | | | 24.00 | 7585 | | | | |
| May 22/2008 73171 | Lawyer: ME  0.10 Hrs X 240.00 Phone call from prosecutor's office regarding meeting at Wiederspohn house; phone call to Brian; | | | | 24.00 | 7585 | | | | |
| May 23/2008 72138 | Lawyer: ME  0.10 Hrs X 240.00 Phone calls with client; | | | | 24.00 | 7585 | | | | |
| May 27/2008 72189 | Lawyer: ME  0.10 Hrs X 240.00 Phone call from Terry Zemel in prosecutor's office; | | | | 24.00 | 7585 | | | | |
| May 29/2008 72313 | Lawyer: ME  1.40 Hrs X 240.00 Meeting at Wiederspohn's home | | | | 336.00 | 7585 | | | | |

EXHIBIT 1

| Date Entry # | Received From/Paid To Explanation | Chq# Rec# | General Rcpts | General Disbs | Fees | Bld Inv# Acc | Trust Rcpts | Trust Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Jun 2/2008 72616 | with Whatcom County prosecutor; Lawyer: ME 0.10 Hrs X 240.00 Phone call from prosecutor's office regarding discovery requests; | | | | 24.00 | 7585 | | | |
| Jun 6/2008 72760 | Expense Recovery Copy Fee from Whatcom County Courthouse | 00127 | | 43.97 | | 7585 | | | |
| Jun 6/2008 74453 | Whatcom County Prosecuting Attorn PMT - Fees Earned-Wiederspohn | 2981 | 43.97 | | | | | | |
| Jun 17/2008 73484 | Billing on Invoice 7585 FEES     480.00 DISBS 43.97 | | | | 0.00 | 7585 | | | |
| Jun 18/2008 73627 | Lawyer: ME 0.50 Hrs X 240.00 Phone call from Susan Kane Ronning; review Kane Ronning's report; | | | | 120.00 | 7801 | | | |
| Jun 24/2008 73744 | Lawyer: ME 1.20 Hrs X 240.00 Draft answers to interrogatories; phone call with Brian and Susan; | | | | 288.00 | 7801 | | | |
| Jun 24/2008 73788 | Lawyer: ME 1.50 Hrs X 240.00 Draft answers to interrogatories; legal research claim for punitive damages | | | | 360.00 | 7801 | | | |
| Jun 25/2008 73821 | Lawyer: ME 0.70 Hrs X 240.00 Phone call with Brian; finalize answers to Interrogs; | | | | 168.00 | 7801 | | | |
| Jun 25/2008 73831 | Lawyer: SMC 0.40 Hrs X 85.00 Prepare Declaration of Service for responses to discovery requests; copy responses for file; deliver responses to Randy Watts | | | | 34.00 | 7801 | | | |
| Jul 15/2008 74625 | Lawyer: ME 4.00 Hrs X 240.00 Phone call with prosecutor's office; phone call with Brian; review trial transcripts; phone call with prosecutor about IME and discovery schedule; review trial transcripts; | | | | 960.00 | 7801 | | | |
| Jul 16/2008 74653 | Lawyer: ME 6.40 Hrs X 240.00 Review criminal trial transcripts; | | | | 1536.00 | 7936 | | | |
| Jul 16/2008 74722 | Lawyer: ME 0.10 Hrs X 240.00 Phone call with prosecutor about expert testimony and discovery deadlines; | | | | 24.00 | 7936 | | | |
| Jul 16/2008 75054 | Lawyer: ME 3.40 Hrs X 240.00 Prepare direct examination of Ryan; cross-examination of deputies; opening and closing statements; | | | | 816.00 | 7936 | | | |
| Jul 17/2008 74974 | Billing on Invoice 7801 FEES     1930.00 | | | | 0.00 | 7801 | | | |
| Jul 18/2008 75074 | Lawyer: ME 0.60 Hrs X 240.00 Draft direct examination of Jon Aldrich; | | | | 144.00 | 7936 | | | |
| Jul 21/2008 75126 | Lawyer: ME 3.20 Hrs X 240.00 Phone call to prosecutor's office; trial preparation materials; phone call to Brian; | | | | 768.00 | 7936 | | | |
| Jul 22/2008 75178 | Lawyer: ME 0.10 Hrs X 240.00 Review prosecutor's declaration in support of moving deadline for identifying experts; | | | | 24.00 | 7936 | | | |
| Jul 22/2008 75179 | Lawyer: ME 0.10 Hrs X 240.00 Phone call to expert witness; | | | | 24.00 | 7936 | | | |
| Jul 23/2008 75209 | Lawyer: ME 1.10 Hrs X 240.00 Phone call with expert witness; review expert report; | | | | 264.00 | 7936 | | | |
| Jul 24/2008 75268 | Lawyer: ME 1.10 Hrs X 240.00 Prepare direct examinations; phone call with Randy Watts about scheduling deps and other discovery issues; phone call Brian; letter Brian; letter to Randy Watts; | | | | 264.00 | 7936 | | | |
| Jul 29/2008 75360 | Lawyer: ME 0.10 Hrs X 240.00 Phone call from prosecutor's office | | | | 24.00 | 7936 | | | |
| Jul 30/2008 75388 | Lawyer: ME 0.10 Hrs X 240.00 Phone call from Brian regarding scheduling IME | | | | 24.00 | 7936 | | | |
| Jul 30/2008 75415 | Lawyer: ME 0.10 Hrs X 240.00 Phone call with client about scheduling IME; | | | | 24.00 | 7936 | | | |
| Aug 1/2008 75573 | Lawyer: ME 0.30 Hrs X 240.00 Letter to prosecutor with tax | | | | 72.00 | 7936 | | | |

**EXHIBIT 1**

Client Ledger
ALL DATES

| Date | Entry # | Received From/Paid To Explanation | Chq# Rec# | General Rcpts | General Disbs | Fees | Bld Inv# | Trust Activity Acc Rcpts | Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Aug 7/2008 | 75758 | Lawyer: ME 0.30 Hrs X 240.00 Contact expert on use of force; forms; | | | | 72.00 | 7936 | | | |
| Aug 7/2008 | 75770 | Lawyer: ME 1.50 Hrs X 240.00 Phone conference with expert on use of force; letter to prosecutor on weapons policy; email to expert with relevant documents; | | | | 360.00 | 7936 | | | |
| Aug 7/2008 | 76277 | Lawyer: ME 1.30 Hrs X 240.00 Return phone call to prosecutor; investigation of expert witness; letter to prosecutor regarding Taser reports; legal research excessive force; | | | | 312.00 | 7936 | | | |
| Aug 11/2008 | 75839 | Lawyer: ME 0.20 Hrs X 240.00 Review expert witness document; review email from prosecutor's office; | | | | 48.00 | 7936 | | | |
| Aug 12/2008 | 75909 | Lawyer: ME 0.10 Hrs X 240.00 Return phone call from prosecutor's office; | | | | 24.00 | 7936 | | | |
| Aug 12/2008 | 76091 | Lawyer: ME 0.20 Hrs X 240.00 Phone call with client regarding prosecutor's second request for documetnation from Social Security Administration; | | | | 48.00 | 7936 | | | |
| Aug 13/2008 | 76180 | Lawyer: ME 0.10 Hrs X 240.00 Review email from prosecutor's office; | | | | 24.00 | 7936 | | | |
| Aug 19/2008 | 76414 | Lawyer: ME 0.30 Hrs X 240.00 Review records previously provided by prosecutor to check their claim that they have already produced taser records for Freeman; respond to email form prosecutor's office; | | | | 72.00 | 8071 | | | |
| Aug 19/2008 | 76655 | Lawyer: ME 0.10 Hrs X 240.00 Phone call with Brian; phone call to witness; | | | | 24.00 | 8071 | | | |
| Aug 19/2008 | 76674 | Billing on Invoice 7936 FEES 4896.00 | | | 0.00 | | 7936 | | | |
| Aug 22/2008 | 76893 | Lawyer: ME 0.50 Hrs X 240.00 Meeting with client; | | | | 120.00 | 8071 | | | |
| Aug 25/2008 | 76924 | Lawyer: ME 0.20 Hrs X 240.00 Phone call with witness; | | | | 48.00 | 8071 | | | |
| Aug 27/2008 | 77045 | Lawyer: ME 0.80 Hrs X 240.00 Phone call from prosecutor's office regarding outstanding discovery issues; prepare notices of deposition; emails regarding scheduling of deps; conference with expert witness; | | | | 192.00 | 8071 | | | |
| Aug 28/2008 | 77089 | Lawyer: ME 0.10 Hrs X 240.00 Finalize notices of deposition; | | | | 24.00 | 8071 | | | |
| Aug 29/2008 | 77167 | Lawyer: ME 1.20 Hrs X 240.00 Phone call with Brian; conference with expert witness; | | | | 288.00 | 8071 | | | |
| Aug 29/2008 | 77175 | Advanta Amtrak Tickets | 4726 | | 84.00 | | 8071 | | | |
| Sep 1/2008 | 77188 | Lawyer: ME 1.60 Hrs X 240.00 Draft first discovery requests; | | | | 384.00 | 8071 | | | |
| Sep 2/2008 | 77238 | Lawyer: ME 1.10 Hrs X 240.00 Review correspondence from prosecutor's office; research ratification theory; finalize interrogatories; letter to prosecutor; | | | | 264.00 | 8071 | | | |
| Sep 3/2008 | 78034 | Lawyer: ME 0.20 Hrs X 240.00 Review Taser records forwarded by prosecutor's office; | | | | 48.00 | 8071 | | | |
| Sep 6/2008 | 77391 | Lawyer: ME 0.30 Hrs X 240.00 Prepare for depositions of deputies; | | | | 72.00 | 8071 | | | |
| Sep 8/2008 | 77461 | Lawyer: ME 0.10 Hrs X 240.00 Phone call with Brian; | | | | 24.00 | 8071 | | | |
| Sep 8/2008 | 77464 | Lawyer: ME 1.20 Hrs X 240.00 Prepare for depositions | | | | 288.00 | 8071 | | | |
| Sep 9/2008 | 77470 | Lawyer: ME 4.00 Hrs X 240.00 Prepare for depositions; | | | | 960.00 | 8071 | | | |
| Sep 9/2008 | 77503 | Lawyer: ME 3.40 Hrs X 240.00 Phone call with prosecutor about scheduling depositions; phone call with client; phone call to Ryan Stanford; prepare for deps; | | | | 816.00 | 8071 | | | |
| Sep 9/2008 | 77505 | Lawyer: SMC 0.10 Hrs X 85.00 Confirm depositions of sheriff's deputies with court | | | | 8.50 | 8071 | | | |

EXHIBIT 1

| Date Entry # | Received From/Paid To Explanation | Chq# Rec# | General Rcpts | General Disbs | Fees | Bld Inv# | Trust Activity Acc | Trust Activity Rcpts | Trust Activity Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | reporter | | | | | | | | | |
| Sep 10/2008 78035 | Lawyer: ME 7.50 Hrs X 240.00 Prepare for and take depositions of Freeman and Vanderveen; | | | | 1800.00 | 8071 | | | | |
| Sep 11/2008 77630 | Lawyer: ME 0.10 Hrs X 240.00 Phone call to expert witness; | | | | 24.00 | 8071 | | | | |
| Sep 11/2008 77759 | Lawyer: ME 0.10 Hrs X 240.00 Phone call with Bryan regarding expert witness; | | | | 24.00 | 8071 | | | | |
| Sep 12/2008 77768 | Lawyer: ME 0.50 Hrs X 240.00 Phone call with expert witness; phone call with Brian; phone call with Ryan Stanford; phone call to prosecutor; phone call with Brian about photographs; | | | | 120.00 | 8071 | | | | |
| Sep 12/2008 77787 | Lawyer: ME 0.70 Hrs X 240.00 Phone call with expert witness Kane Ronning; meeting with Brian and Susan about photographs; phone call with prosecutor's office about deposition schedule; | | | | 168.00 | 8071 | | | | |
| Sep 15/2008 77894 | Lawyer: SMC 0.40 Hrs X 85.00 Arrange court reporter for VanLoo's deposition; Fax notice to Corpolongo & Associates; calendar and tickle depositions for Murphy; deliver notice to Prosecutor's Office | | | | 34.00 | 8071 | | | | |
| Sep 15/2008 78037 | Lawyer: ME 0.40 Hrs X 240.00 Prepare notice of deposition for VanLoo; prepare disclosure of experts; phone call with prosectuor's office; letter to prosecutor; | | | | 96.00 | 8071 | | | | |
| Sep 16/2008 77949 | Lawyer: ME 1.70 Hrs X 240.00 Phone call with Brian about scheduling deposition; phone call from Randy Watts; review photographs; letter to Randy; meeting with Randy Watts; | | | | 408.00 | 8349 | | | | |
| Sep 17/2008 78186 | Billing on Invoice 8071 FEES 5898.50 DISBS 84.00 | | | | 0.00 | 8071 | | | | |
| Sep 18/2008 78389 | Lawyer: ME 2.60 Hrs X 240.00 Meeting with Brian; review correspondence and offer of judgment from prosecutor's office; | | | | 624.00 | 8349 | | | | |
| Sep 19/2008 79724 | Lawyer: ME 0.10 Hrs X 240.00 Email with prosecutor's office regarding scheduling of VanLoo deposition; | | | | 24.00 | 8349 | | | | |
| Sep 21/2008 78464 | Lawyer: ME 0.60 Hrs X 240.00 Prepare for depositon of Deputy VanLoo | | | | 144.00 | 8349 | | | | |
| Sep 22/2008 79725 | Lawyer: ME 4.80 Hrs X 240.00 Prepare for depositions; attend Brian Wiederspohn depostion; attend Ryan Stanford deposition; take Deputy VanLoo deposition; phone call with Brian; | | | | 1152.00 | 8349 | | | | |
| Sep 30/2008 78915 | Advanta Quicksilver Photo Lab | 4794 | | 14.09 | | 8349 | | | | |
| Oct 6/2008 79164 | Lawyer: ME 0.10 Hrs X 240.00 Phone call from prosecutor regarding scheduling deps; | | | | 24.00 | 8349 | | | | |
| Oct 9/2008 79299 | Lawyer: ME 0.50 Hrs X 240.00 Phone call with expert; letter to expert; | | | | 120.00 | 8349 | | | | |
| Oct 9/2008 81030 | D.P. Van Blaricom Expert witness fees | 4822 | | 2853.64 | | 8580 | | | | |
| Oct 14/2008 79495 | Lawyer: ME 1.50 Hrs X 240.00 Phone call with client about scheduling depositions for prosecutor; phone call with expert; review sheriff's contact materials provided by prosecutor; | | | | 360.00 | 8349 | | | | |
| Oct 15/2008 79526 | Lawyer: ME 1.60 Hrs X 240.00 Prepare for depositions; draft requests for admission; | | | | 384.00 | 8349 | | | | |
| Oct 15/2008 79558 | Lawyer: ME 1.70 Hrs X 240.00 prepare for depositions; phone call with prosecutor's office; | | | | 408.00 | 8349 | | | | |
| Oct 15/2008 79561 | Laura A. Porter Wiederspohn trial | 4835 | | 792.00 | | 8349 | | | | |
| Oct 15/2008 | Susan Kane-Ronning, PhD | | | | | | | | | |

**EXHIBIT 1**

| Date / Entry # | Received From/Paid To Explanation | Chq# Rec# | General Rcpts | General Disbs | Fees | Bld Inv# | Acc | Trust Rcpts | Trust Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | 79563 Wiederspohn | 4836 | | 850.00 | | 8349 | | | | |
| Oct 15/2008 | Corpolongo & Associates | | | | | | | | | |
| | 79565 Wiederspohn invoice #29265 | 4837 | | 186.10 | | 8349 | | | | |
| Oct 16/2008 | John Hamm, M.D. | | | | | | | | | |
| | 79592 Payment for 10/30 deposition | 4839 | | 675.00 | | 8580 | | | | |
| Oct 16/2008 | Lawyer: ME  0.20 Hrs X 240.00 | | | | | | | | | |
| | 79640 Admin on case; | | | | 48.00 | 8580 | | | | |
| Oct 16/2008 | Lawyer: SMC  1.20 Hrs X 85.00 | | | | | | | | | |
| | 79644 Calendar and tickle depositions for ME; schedule court reporter for depositions; copy and organize notices and Requests for Admission for file; prepare Declaration of Service for Requests for Admission and tickle due date to receive responses; scan and e-mail Notice of Deposition for John Hamm to Seattle court reporter; fax notices to Likkel | | | | 102.00 | 8580 | | | | |
| Oct 20/2008 | Billing on Invoice 8349 | | | | | | | | | |
| | 80033 FEES    3648.00 DISBS    1842.19 | | | 0.00 | | 8349 | | | | |
| Oct 20/2008 | Lawyer: ME  0.70 Hrs X 240.00 | | | | | | | | | |
| | 80111 Phone calls from prosecutor's office about scheduling; contact expert witness; meeting with client and witness; | | | | 168.00 | 8580 | | | | |
| Oct 20/2008 | Lawyer: ME  1.70 Hrs X 240.00 | | | | | | | | | |
| | 80153 Meeting with witness; meeting with Brian; | | | | 408.00 | 8580 | | | | |
| Oct 21/2008 | Lawyer: ME  1.00 Hrs X 240.00 | | | | | | | | | |
| | 80172 Research scope of husband-wife privilege; | | | | 240.00 | 8580 | | | | |
| Oct 22/2008 | Lawyer: ME  0.10 Hrs X 240.00 | | | | | | | | | |
| | 80220 Read and respond to email from prosecutor's office regarding scheduling; | | | | 24.00 | 8580 | | | | |
| Oct 22/2008 | Lawyer: ME  1.70 Hrs X 240.00 | | | | | | | | | |
| | 80225 Review evidentiary rules with respect to authentication and marital privilege; prepare for deposition of Hester; | | | | 408.00 | 8580 | | | | |
| Oct 22/2008 | Lawyer: ME  2.30 Hrs X 240.00 | | | | | | | | | |
| | 80259 Prepare for deposition of Hester; | | | | 552.00 | 8580 | | | | |
| Oct 23/2008 | Brian and Susan Wiederspohn | | | | | | | | | |
| | 80308 Fees earned - Wiederspohn, Brian | 00752 | | | | 8580 | 1 | 600.00 | | 600.00 |
| Oct 23/2008 | Lawyer: ME  1.40 Hrs X 240.00 | | | | | | | | | |
| | 81399 Prepare notice of deposition; prepare for depositions; phone call with witness; | | | | 336.00 | 8580 | | | | |
| Oct 24/2008 | Transfer: 948-003 To 948-001 | | | | | | | | | |
| | 80324 For Services Rendered | X0118 | | | | 8580 | 1 | | 600.00 | 0.00 |
| Oct 24/2008 | Lawyer: ME  3.70 Hrs X 240.00 | | | | | | | | | |
| | 80365 Phone call with Brian regarding scheduling; phone call with witness; take deposition of Hester; | | | | 888.00 | 8580 | | | | |
| Oct 27/2008 | Lawyer: ME  2.70 Hrs X 240.00 | | | | | | | | | |
| | 81400 Prepare for and meet with Kane Ronning; | | | | 648.00 | 8580 | | | | |
| Oct 27/2008 | Lawyer: ME  1.80 Hrs X 240.00 | | | | | | | | | |
| | 81402 Prepare for deposition of Wyant; review Ovens report; prepare for meeting with van Blaricom; | | | | 432.00 | 8580 | | | | |
| Oct 28/2008 | Lawyer: ME  1.90 Hrs X 240.00 | | | | | | | | | |
| | 80463 Phone call with prosecutor; meeting with expert witness; | | | | 456.00 | 8580 | | | | |
| Oct 28/2008 | Lawyer: SMC  0.10 Hrs X 85.00 | | | | | | | | | |
| | 80489 Confirm court reporter for Rick Wyant's deposition | | | | 8.50 | 8580 | | | | |
| Oct 29/2008 | Lawyer: ME  3.10 Hrs X 240.00 | | | | | | | | | |
| | 80510 Review expert materials; prepare for and take Wyant deposition; prepare for Hamm deposition; | | | | 744.00 | 8580 | | | | |
| Oct 29/2008 | Lawyer: SMC  0.10 Hrs X 85.00 | | | | | | | | | |
| | 80533 Confirm John Hamm's deposition with court reporter | | | | 8.50 | 8580 | | | | |
| Oct 30/2008 | Lawyer: ME  6.80 Hrs X 240.00 | | | | | | | | | |
| | 80615 Travel to Seattle and take deposition of John Hamm | | | | 1632.00 | 8580 | | | | |
| Oct 31/2008 | Lawyer: ME  0.20 Hrs X 240.00 | | | | | | | | | |
| | 80688 Letter to Randy Watts; | | | | 48.00 | 8580 | | | | |
| Oct 31/2008 | Lawyer: ME  2.70 Hrs X 240.00 | | | | | | | | | |
| | 81405 Attend deposition of Susan Kane Ronning; | | | | 648.00 | 8580 | | | | |
| Nov 4/2008 | Lawyer: ME  0.30 Hrs X 240.00 | | | | | | | | | |

**EXHIBIT 1**

| Date<br>Entry # | Received From/Paid To<br>Explanation | Chq#<br>Rec# | General<br>Rcpts | Disbs | Fees | Bld<br>Inv# | Trust Activity<br>Acc  Rcpts  Disbs  Balance |
|---|---|---|---|---|---|---|---|
| | 80971 | Review email from prosecutor; contact client; | | | | 72.00 | 8580 | |
| Nov 10/2008<br>81016 | Lawyer: ME  1.90 Hrs X 240.00<br>Phone call to Amber Peterson; review van Blaricom expert report; phone call with Van Blaricom; | | | | 456.00 | 8580 | |
| Nov 11/2008<br>81025 | Lawyer: ME  0.40 Hrs X 240.00<br>Review expert report; | | | | 96.00 | 8580 | |
| Nov 11/2008<br>81055 | Lawyer: ME  2.20 Hrs X 240.00<br>Review expert report; phone call with expert; meeting with witness; | | | | 528.00 | 8580 | |
| Nov 12/2008<br>81140 | Lawyer: ME  3.70 Hrs X 240.00<br>Prepare for deposition of Ovens; phone call from prosecutor's office; | | | | 888.00 | 8580 | |
| Nov 12/2008<br>81141 | Lawyer: ME  0.30 Hrs X 240.00<br>Phone calls with witnesses; | | | | 72.00 | 8580 | |
| Nov 13/2008<br>81170 | Thomas Ovens<br>Deposition of Defense Expert | 4898 | | 800.00 | | 8580 | |
| Nov 13/2008<br>81407 | Lawyer: ME  2.20 Hrs X 240.00<br>Phone call from prosecutor regarding scheduling; prepare for deposition of Ovens; attend deposition of Amber Peterson; | | | | 528.00 | 8580 | |
| Nov 14/2008<br>81274 | Lawyer: ME  8.50 Hrs X 240.00<br>Travel to and attend depositions of Ovens and VanBlaricom; | | | | 2040.00 | 8580 | |
| Nov 17/2008<br>83061 | Lawyer: ME  0.60 Hrs X 240.00<br>Phone calls with witnesses; | | | | 144.00 | 8756 | |
| Nov 18/2008<br>81722 | Billing on Invoice 8580<br>FEES    12479.00 DISBS 4328.64 | | | 0.00 | | 8580 | |
| Nov 19/2008<br>81850 | Lawyer: ME  0.30 Hrs X 240.00<br>Phone call with prosecutor about mediator; check federal court website; email to prosecutor; phone call to prosecutor; phone call to Larry Levy; email to Larry Levy; | | | | 72.00 | 8756 | |
| Nov 19/2008<br>81851 | Lawyer: ME  1.50 Hrs X 240.00<br>Interview with witness; | | | | 360.00 | 8756 | |
| Nov 20/2008<br>81908 | Lawyer: ME  0.70 Hrs X 240.00<br>Phone call from Larry Levy's office; phone call with prosecutor; phone call with client; | | | | 168.00 | 8756 | |
| Nov 21/2008<br>83063 | Lawyer: ME  0.50 Hrs X 240.00<br>Phone call with WAMS; email to Randy Watts; review requests for admission; | | | | 120.00 | 8756 | |
| Nov 24/2008<br>82039 | Lawyer: ME  0.50 Hrs X 240.00<br>Review WAMS mediation materials; email to prosecutor; draft responses to request for admission; | | | | 120.00 | 8756 | |
| Nov 24/2008<br>82040 | Lawyer: ME  1.10 Hrs X 240.00<br>Interview Andrea Inman; | | | | 264.00 | 8756 | |
| Nov 30/2008<br>82233 | Lawyer: ME  2.20 Hrs X 240.00<br>Review motion for summary judgment; legal research on Santana and progeny; | | | | 528.00 | 8756 | |
| Dec 1/2008<br>82391 | Lawyer: SEC  0.50 Hrs X 85.00<br>hand delivered answers to Prosecuting Attorneys office | | | | 42.50 | 8756 | |
| Dec 1/2008<br>82426 | Lawyer: ME  1.00 Hrs X 240.00<br>Finalize responses to Defendants' requests for admission; legal research in response to summary judgment motion; meeting with Brian; | | | | 240.00 | 8756 | |
| Dec 2/2008<br>82510 | Lawyer: ME  6.10 Hrs X 240.00<br>Phone call with Brian; legal resarch; draft opposition to summary jdugment; | | | | 1464.00 | 8756 | |
| Dec 3/2008<br>82567 | Lawyer: ME  5.70 Hrs X 240.00<br>Meeting with Brian to prepare for mediation; research jury verdicts; review deposition testimony; draft response to summary judgment motion; | | | | 1368.00 | 8756 | |
| Dec 4/2008<br>82623 | Lawyer: ME  3.50 Hrs X 240.00<br>Draft opposition to summary judgment motion; review depositions; | | | | 840.00 | 8756 | |
| Dec 5/2008<br>82679 | WAMS<br>Mediation Fee | 1080 | | 975.00 | | 8756 | |

**EXHIBIT 1**

Client Ledger
ALL DATES

| Date Entry # | Received From/Paid To Explanation | Chq# Rec# | General Rcpts | General Disbs | Fees | Bld Inv# | Trust Acc | Trust Rcpts | Trust Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Dec 5/2008 83064 | Lawyer: ME  5.60 Hrs X 240.00 Review jury awards to prepare for mediation; meet with client to prepare for mediation; draft mediation brief; email to WAMS; | | | | 1344.00 | 8756 | | | | |
| Dec 9/2008 82835 | Lawyer: ME  2.60 Hrs X 240.00 Draft summary judgment motion; | | | | 624.00 | 8756 | | | | |
| Dec 10/2008 82848 | Lawyer: ME  10.20 Hrs X 240.00 Prepare for, travel to, and attend mediation; | | | | 2448.00 | 8756 | | | | |
| Dec 11/2008 82890 | Murphy Evans Mileage to Seattle | 1092 | | 79.20 | | 8756 | | | | |
| Dec 11/2008 82892 | Murphy Evans Parking Seattle | 1093 | | 22.00 | | 8756 | | | | |
| Dec 11/2008 82920 | Lawyer: ME  2.80 Hrs X 240.00 Draft opposition to summary judgment; | | | | 672.00 | 8756 | | | | |
| Dec 12/2008 82956 | Lawyer: ME  2.50 Hrs X 240.00 Accounting and admin; revise summary judgment opposition; | | | | 600.00 | 8756 | | | | |
| Dec 12/2008 82958 | CRT Less Lethal, Inc. payment for consult on Tasers for Wiederspohn matter | 1095 | | 1194.12 | | 8756 | | | | |
| Dec 12/2008 82968 | Lawyer: SEC  1.15 Hrs X 85.00 Review and duplicating of Exhibits for response by Murphy on the motion for summary judgment | | | | 97.75 | 8756 | | | | |
| Dec 15/2008 83010 | Lawyer: ME  3.50 Hrs X 240.00 Finalize opposition to summary judgment; review second offer of judgment; | | | | 840.00 | 8756 | | | | |
| Dec 15/2008 83078 | Lawyer: SEC  3.50 Hrs X 85.00 sorting, copying, and ensuring accuracy of exhibits to attach to Opposition of Mtn for SJ; filing with the Court and serving def atty w/paperwork | | | | 297.50 | 8756 | | | | |
| Dec 16/2008 83155 | Lawyer: ME  0.10 Hrs X 240.00 Phone call with Brian about second offer of judgment; | | | | 24.00 | 8756 | | | | |
| Dec 17/2008 83332 | Billing on Invoice 8756 FEES      12677.75 DISBS 2270.32 | | | 0.00 | | 8756 | | | | |
| Dec 17/2008 83445 | Lawyer: ME  1.90 Hrs X 240.00 Draft motion in limine; phone call with Randy Watts about weather; phone call to Judge Donohue's chambers about deadline for motion in limine; | | | | 456.00 | 8928 | | | | |
| Dec 18/2008 83476 | Likkel & Associates Deposition - Kevin Hester invoice #12099 | 1107 | | 541.75 | | 8928 | | | | |
| Dec 18/2008 83478 | Corpolongo & Associates Wiederspohn invoice #29270 | 1108 | | 239.50 | | 8928 | | | | |
| Dec 18/2008 83480 | Yamaguchi Obien Mangio, LLC Wiederspohn expense invoice #27406 | 1109 | | 422.15 | | 8928 | | | | |
| Dec 18/2008 83482 | Likkel & Associates Deposition - Wyant invoice 12045 & Freeman/Vanderveen invoice 11872 | 1110 | | 1421.50 | | 8928 | | | | |
| Dec 18/2008 83484 | Corpolongo & Associates Wiederspohn invoices #29400; 29411; 29273 | 1111 | | 307.15 | | 8928 | | | | |
| Dec 18/2008 83486 | Yamaguchi Obien Mangio, LLC Wiederspohn expense invoices #27566 & 27564 | 1112 | | 833.10 | | 8928 | | | | |
| Dec 19/2008 83537 | Lawyer: ME  0.50 Hrs X 240.00 Phone call with Brian about offer of judgment; | | | | 120.00 | 8928 | | | | |
| Dec 19/2008 83543 | Lawyer: ME  0.40 Hrs X 240.00 Review defendants' response to our opposition to their motion for summary judgment; | | | | 96.00 | 8928 | | | | |
| Dec 22/2008 83596 | Lawyer: ME  5.20 Hrs X 240.00 Draft motion in limine; review defendants' motion in limine; | | | | 1248.00 | 8928 | | | | |
| Dec 23/2008 83630 | Lawyer: ME  4.50 Hrs X 240.00 Meeting with client to discuss settlement; phone call to Randy Watts; draft response to defendants' motion in limine; | | | | 1080.00 | 8928 | | | | |
| Dec 23/2008 83632 | Lawyer: ME  4.20 Hrs X 240.00 Draft reply to motions in limine; | | | | 1008.00 | 8928 | | | | |
| Dec 24/2008 84583 | Lawyer: ME  3.10 Hrs X 240.00 Finalize responses to Defendants' motion in limine; draft objection and motion | | | | 744.00 | 8928 | | | | |

**EXHIBIT 1**

Client Ledger
ALL DATES

| Date / Entry # | Received From/Paid To / Explanation | Chq# Rec# | General Rcpts | General Disbs | Fees | Bld Inv# | Trust Acc | Trust Rcpts | Trust Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | with regards to Van Loo depositon testimony; file with court; serve on prosecutor; | | | | | | | | | |
| Dec 26/2008 84584 | Lawyer: ME  4.30 Hrs X 240.00 Draft response to motion regarding VanLoo testimony | | | | 1032.00 | 8928 | | | | |
| Dec 29/2008 83647 | Lawyer: ME  0.70 Hrs X 240.00 Prepare for meeting on pretrial order; | | | | 168.00 | 8928 | | | | |
| Dec 30/2008 83780 | Lawyer: ME  3.60 Hrs X 240.00 Review discovery materials; identify exhibits for trial; phone call with client; | | | | 864.00 | 8928 | | | | |
| Dec 31/2008 83785 | Lawyer: ME  1.60 Hrs X 240.00 Prepare for meeting with Randy Watts; meeting with Randy about pretrial order; | | | | 384.00 | 8928 | | | | |
| Jan 2/2009 83824 | Lawyer: ME  1.80 Hrs X 240.00 Draft pretrial order; | | | | 432.00 | 8928 | | | | |
| Jan 2/2009 83851 | Lawyer: ME  4.10 Hrs X 240.00 Draft and file reply brief to our motion in limine; | | | | 984.00 | 8928 | | | | |
| Jan 5/2009 83852 | Lawyer: ME  0.30 Hrs X 240.00 Revise agreed pretrial order; email to Randy Watts; | | | | 72.00 | 8928 | | | | |
| Jan 5/2009 83942 | Lawyer: ME  0.50 Hrs X 240.00 Phone call with client; phone call to Tasker's office; file Agreed Pretrial Order | | | | 120.00 | 8928 | | | | |
| Jan 6/2009 84018 | Lawyer: ME  1.50 Hrs X 240.00 Prepare for trial; review model jury instructions; legal research Punitive Damages; | | | | 360.00 | 8928 | | | | |
| Jan 7/2009 84071 | Lawyer: ME  6.90 Hrs X 240.00 Prepare subpoenas; call witnesses; prepare Jury Instructions; | | | | 1656.00 | 8928 | | | | |
| Jan 7/2009 84214 | Lawyer: SEC  1.00 Hrs X 85.00 drafting subpoena for VanLoo and arranging and delivering subpoena for service | | | | 85.00 | 8928 | | | | |
| Jan 8/2009 84073 | Whatcom County Sheriff's Office Sheriff's fee for subpoena service on Deputy vanloo | 1160 | | 35.00 | | 8928 | | | | |
| Jan 8/2009 84079 | Jarren VanLoo witness fee - Wiederspohn testimony | 1161 | | 40.00 | | 8928 | | | | |
| Jan 8/2009 84081 | Jarren VanLoo mileage fee - Wiederspohn testimony | 1162 | | 105.30 | | 8928 | | | | |
| Jan 8/2009 84132 | Lawyer: ME  5.50 Hrs X 240.00 Work on Jury Instructions; legal research; prepare for trial; phone call with expert; | | | | 1320.00 | 8928 | | | | |
| Jan 8/2009 84137 | Lawyer: ME  0.50 Hrs X 240.00 Draft verdict forms | | | | 120.00 | 8928 | | | | |
| Jan 9/2009 84139 | Ryan Stanford Witness fee - Wiederspohn trial | 1163 | | 40.00 | | 8928 | | | | |
| Jan 9/2009 84141 | Ryan Stanford Mileage fee - Wiederspohn trial | 1164 | | 105.30 | | 8928 | | | | |
| Jan 9/2009 84151 | Jon Aldrich witness fee - Wiederspohn trial | 1165 | | 40.00 | | 8928 | | | | |
| Jan 9/2009 84153 | Jon Aldrich mileage fee - Wiederspohn trial | 1166 | | 105.30 | | 8928 | | | | |
| Jan 9/2009 84155 | Amber Peterson mileage fee - Wiederspohn trial | 1167 | | 105.30 | | 8928 | | | | |
| Jan 9/2009 84157 | Amber Peterson witness fee - Wiederspohn trial | 1168 | | 40.00 | | 8928 | | | | |
| Jan 9/2009 84173 | Lawyer: ME  4.50 Hrs X 240.00 Phone call with court reporter; prepare for trial; draft jury instructions; | | | | 1080.00 | 8928 | | | | |
| Jan 9/2009 84197 | Lawyer: ME  2.60 Hrs X 240.00 Prepare for trial; | | | | 624.00 | 8928 | | | | |
| Jan 9/2009 84213 | Lawyer: SEC  4.00 Hrs X 85.00 Drafting Subpoena's; calling witnesses and delivering subpoena's to witnesses | | | | 340.00 | 8928 | | | | |
| Jan 11/2009 84200 | Lawyer: ME  0.90 Hrs X 240.00 Draft supplemental response to Defendants' motion to exclude acquittal | | | | 216.00 | 8928 | | | | |
| Jan 12/2009 84256 | Lawyer: ME  6.70 Hrs X 240.00 Phone call from district court clerk's office; prepare for trial; phone call wtih client; review invoices; prepare cross examinations; phone call with expert; | | | | 1608.00 | 8928 | | | | |
| Jan 13/2009 84261 | Andrea Inman witness fee - Wiederspohn trial | 1177 | | 40.00 | | 8928 | | | | |

**EXHIBIT 1**

Client Ledger
ALL DATES

| Date Entry # | Received From/Paid To Explanation | Chq# Rec# | General Rcpts | General Disbs | Fees | Bld Inv# | Acc | Trust Rcpts | Trust Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Jan 13/2009 84263 | Andrea Inman<br>mileage fee - Wiederspohn trial | 1178 | | 105.30 | | 8928 | | | | |
| Jan 13/2009 84279 | Laura A. Porter<br>Wiederspohn trial transcript | 1180 | | 125.00 | | 8928 | | | | |
| Jan 13/2009 84312 | Lawyer: SMC 0.20 Hrs X 85.00<br>Format cross examination of Freeman | | | | 17.00 | 8928 | | | | |
| Jan 13/2009 84320 | Lawyer: ME 8.00 Hrs X 240.00<br>Assemble exhibits; draft trial brief; prepare cross-examination of state's witness; | | | | 1920.00 | 8928 | | | | |
| Jan 13/2009 84366 | Shawn Wynne<br>witness fee - Wiederspohn trial | 1183 | | 40.00 | | 8928 | | | | |
| Jan 13/2009 84368 | Shawn Wynne<br>mileage fee - Wiederspohn trial | 1184 | | 105.30 | | 8928 | | | | |
| Jan 14/2009 84356 | Lawyer: ME 8.10 Hrs X 240.00<br>Prepare cross examinations; | | | | 1944.00 | 8928 | | | | |
| Jan 14/2009 84359 | Lawyer: SEC 4.00 Hrs X 85.00<br>Driving to Deming to research witness; copying and preparing info for trial; searching for documents | | | | 340.00 | 8928 | | | | |
| Jan 15/2009 84408 | Lawyer: ME 7.70 Hrs X 240.00<br>Prepare direct examinations; prepare for hearing in Seattle; | | | | 1848.00 | 8928 | | | | |
| Jan 15/2009 84411 | Lawyer: SEC 2.50 Hrs X 85.00<br>Reviewing, copying and sorting exhibits for trial; service of subpoena on witness | | | | 212.50 | 8928 | | | | |
| Jan 16/2009 84558 | Lawyer: ME 6.70 Hrs X 240.00<br>Travel to and attend pretrial hearings in federal court; phone call with expert; | | | | 1608.00 | 8928 | | | | |
| Jan 16/2009 84590 | Lawyer: ME 0.10 Hrs X 240.00<br>Reivew | | | | 24.00 | 8928 | | | | |
| Jan 16/2009 84598 | Lawyer: ME 1.50 Hrs X 240.00<br>Email to prosecutor requesting jury instructions; review jury instructions provided by prosecutor; prepare examinations; | | | | 360.00 | 8928 | | | | |
| Jan 17/2009 84599 | Lawyer: ME 8.10 Hrs X 240.00<br>Review depositions; interview and prepare witnesses; meet with client; | | | | 1944.00 | 8928 | | | | |
| Jan 18/2009 84600 | Lawyer: ME 4.10 Hrs X 240.00<br>Prepare exhibits; prepare direct examinations; outline trial brief | | | | 984.00 | 8928 | | | | |
| Jan 19/2009 84618 | Lawyer: ME 8.20 Hrs X 240.00<br>Draft trial brief; draft opening statement; review exhibits; prepare witnesses | | | | 1968.00 | 8928 | | | | |
| Jan 19/2009 84619 | Lawyer: ME 1.80 Hrs X 240.00<br>Draft Trial Brief; draft stipulated order of dismissal; | | | | 432.00 | 8928 | | | | |
| Jan 20/2009 84697 | Billing on Invoice 8928<br>FEES 39818.50 DISBS 4796.95 | | | | 0.00 | 8928 | | | | |
| Jan 20/2009 84816 | Lawyer: ME 8.60 Hrs X 240.00<br>Review court's order on motions in limine; draft trial brief; meeting with prosecutor; finalize jury instructions; motion for additional time; file trial brief; | | | | 2064.00 | 8942 | | | | |
| Jan 20/2009 84821 | Lawyer: ME 0.90 Hrs X 240.00<br>Voir dire questions; | | | | 216.00 | 8942 | | | | |
| Jan 21/2009 84836 | Lawyer: SEC 2.00 Hrs X 85.00<br>preparing computer for trial | | | | 170.00 | 8942 | | | | |
| Jan 21/2009 84865 | Lawyer: ME 7.00 Hrs X 240.00<br>Prepare direct examinations; phone calls with witnesses; meeting with prosecutor; phone call with prosecutor; | | | | 1680.00 | 8942 | | | | |
| Jan 21/2009 84904 | Lawyer: ME 0.60 Hrs X 240.00<br>Review deposition of Kane-Ronning | | | | 144.00 | 8942 | | | | |
| Jan 22/2009 84903 | D.P. Van Blaricom<br>Expert witness fees | 1192 | | 6846.02 | | 8942 | | | | |
| Jan 22/2009 84905 | Lawyer: ME 13.20 Hrs X 240.00<br>Meet with witnesses; prepare for trial | | | | 3168.00 | 8942 | | | | |
| Jan 23/2009 84939 | Lawyer: ME 9.50 Hrs X 240.00<br>Prepare for trial | | | | 2280.00 | 8942 | | | | |
| Jan 23/2009 84968 | Lawyer: SEC 9.00 Hrs X 85.00<br>preparing for trial; meeting w/prosecutor for exhibits; | | | | 765.00 | 8942 | | | | |
| Jan 24/2009 84954 | Lawyer: ME 12.50 Hrs X 240.00<br>Prepare for trial | | | | 3000.00 | 8942 | | | | |

**EXHIBIT 1**

```
                                              Client Ledger
                                               ALL DATES
 Date       Received From/Paid To    Chq#  |----- General -----|         Bld |----------- Trust Activity -----------|
    Entry # Explanation              Rec#   Rcpts      Disbs      Fees   Inv# Acc   Rcpts      Disbs       Balance

Jan 24/2009  Lawyer: SEC  3.50 Hrs X 0.00
    84969    preparing for trial                                  0.00   8942
Jan 25/2009  Lawyer: ME   13.00 Hrs X 240.00
    85249    Prepare for trial; travel to                      3120.00   8942
             Seattle
Jan 26/2009  Lawyer: ME   17.00 Hrs X 240.00
    85250    Attend trial; prepare for next                    4080.00   8942
             day
Jan 27/2009  Lawyer: ME   19.00 Hrs X 240.00
    85251    Attend trial; prepare for next                    4560.00   8942
             day
Jan 28/2009  Lawyer: ME   17.00 Hrs X 240.00
    85252    Attend trial; prepare for next                    4080.00   8942
             day
Jan 29/2009  Lawyer: ME   20.00 Hrs X 240.00
    85253    Attend trial; prepare for next                    4800.00   8942
             day
Jan 30/2009  Lawyer: ME   11.00 Hrs X 240.00
    85254    Attend trial; return to                           2640.00   8942
             Bellingham
Feb  5/2009  Murphy Evans
    85384    Mileage reimbursement    1236              95.00            8942
Feb  5/2009  Billing on Invoice 8942
    85395    FEES      36767.00 DISBS                    0.00            8942
             6941.02
```

```
                        UNBILLED                             BILLED                              BALANCES
            |  CHE   +  RECOV   +  FEES  =  TOTAL    DISBS    +  FEES    + TAX  - RECEIPTS    =  A/R          TRUST
TOTALS
PERIOD       0.00      0.00       0.00     0.00    20801.76   115746.25    0.00    393.97     136154.04       0.00
END DATE     0.00      0.00       0.00     0.00    20801.76   115746.25    0.00    393.97     136154.04       0.00

                        UNBILLED                             BILLED                              BALANCES
            |  CHE   +  RECOV   +  FEES  =  TOTAL    DISBS    +  FEES    + TAX  - RECEIPTS    =  A/R          TRUST
FIRM TOTAL
PERIOD       0.00      0.00       0.00     0.00    20801.76   115746.25    0.00    393.97     136154.04       0.00
END DATE     0.00      0.00       0.00     0.00    20801.76   115746.25    0.00    393.97     136154.04       0.00
```

```
REPORT SELECTIONS - Client Ledger
Layout Template                                 Default
Advanced Search Filter                          None
Requested by                                    ADMIN
Finished                                        Thursday, February 05, 2009 at 04:26:26 PM
Ver                                             9.20f
Matters                                         948-003
Clients                                         All
Major Clients                                   All
Client Intro Lawyer                             All
Responsible Lawyer                              All
Assigned Lawyer                                 All
Type of Law                                     All
Select From                                     Active, Inactive, Archived Matters
Matters Sort by                                 Default
New Page for Each Lawyer                        No
New Page for Each Matter                        No
No Activity Date                                Dec 31/2199
Firm Totals Only                                No
Totals Only                                     No
Entries Shown - Billed Only                     No
Entries Shown - Disbursements                   Yes
Entries Shown - Receipts                        Yes
Entries Shown - Time or Fees                    Yes
Entries Shown - Trust                           Yes
Incl. Matters with Retainer Bal                 No
Incl. Matters with Neg Unbld Disb               No
Trust Account                                   All
Working Lawyer                                  All
Include Corrected Entries                       No
Show Check # on Paid Payables                   No
Show Client Address                             No
Consolidate Payments                            No
Show Trust Summary by Account                   No
Show Interest                                   No
Interest Up To                                  Feb  5/2009
Show Invoices that Payments Were Applied to     No
```

**EXHIBIT 1**

# EXHIBIT 2

## Costs incurred but not yet billed to client

| | |
|---|---|
| Credit card charges, January 25-30, 2009 (See attached statement) | $1,212.70 |
| Expert witness fees (see attached Kane-Ronning invoice) | $2,165.00 |
| **Total** | **$3,377.70** |

**EXHIBIT 2**

| Employee | Trans Date | Post Date | Description | Amount |
|---|---|---|---|---|
| WOLF, HEATHER A | 01/21/2009 | 01/23/2009 | OFFICE DEPOT #1078 KENT WA | $88.06 |
| WOLF, HEATHER A | 01/28/2009 | 01/28/2009 | OFFICE DEPOT #1078 800-463-3768 WA | $103.46 |
| WOLF, HEATHER A | 02/02/2009 | TEMPORARY | OFFICE DEPOT #1078 | $118.25 |
| WOLF, HEATHER A | 02/03/2009 | 02/03/2009 | OFFICE DEPOT #1078 800-463-3768 WA | $45.56 |
| | | | **WOLF, HEATHER A - 4 Transactions, Total** | **$355.33** |
| EVANS, MURPHY | 01/25/2009 | 01/25/2009 | PEPPER SISTERS INC BELLINGHAM WA | $26.51 |
| EVANS, MURPHY | 01/26/2009 | 01/26/2009 | STARBUCKS USA 00032Q48 SEATTLE WA | $5.26 |
| EVANS, MURPHY | 01/26/2009 | 01/26/2009 | SEATTLE DAILY GRILL 34 SEATTLE WA | $29.40 |
| EVANS, MURPHY | 01/26/2009 | 01/26/2009 | U.S. COURTHOUSE CAFE SEATTLE WA | $8.41 |
| EVANS, MURPHY | 01/27/2009 | 01/27/2009 | STARBUCKS USA 00032Q48 SEATTLE WA | $5.26 |
| EVANS, MURPHY | 01/27/2009 | 01/27/2009 | STARBUCKS USA 00032Q48 SEATTLE WA | $5.00 |
| EVANS, MURPHY | 01/27/2009 | 01/27/2009 | STARBUCKS USA 00033Q48 SEATTLE WA | $5.04 |
| EVANS, MURPHY | 01/27/2009 | 01/27/2009 | SEATTLE DAILY GRILL 34 SEATTLE WA | $32.59 |
| EVANS, MURPHY | 01/27/2009 | 01/27/2009 | U.S. COURTHOUSE CAFE SEATTLE WA | $3.33 |
| EVANS, MURPHY | 01/28/2009 | 01/28/2009 | STARBUCKS USA 00032Q48 SEATTLE WA | $20.00 |
| EVANS, MURPHY | 01/28/2009 | 01/28/2009 | SEATTLE DAILY GRILL 34 SEATTLE WA | $10.84 |
| EVANS, MURPHY | 01/28/2009 | 01/28/2009 | FEDEX KINKO'S #5161 SEATTLE WA | $17.88 |
| EVANS, MURPHY | 01/28/2009 | 01/28/2009 | U.S. COURTHOUSE CAFE SEATTLE WA | $4.00 |
| EVANS, MURPHY | 01/29/2009 | 01/29/2009 | SEATTLE DAILY GRILL 34 SEATTLE WA | $29.40 |
| EVANS, MURPHY | 01/30/2009 | 01/30/2009 | BEECHER S HANDMADE Q0 SEATTLE WA | $7.39 |
| EVANS, MURPHY | 01/30/2009 | 01/30/2009 | THE ROOSEVELT HOTEL SEATTLE WA | $1,020.18 |
| EVANS, MURPHY | 01/30/2009 | 01/30/2009 | STARBUCKS USA 00032Q48 SEATTLE WA | $3.72 |
| EVANS, MURPHY | 01/30/2009 | 01/30/2009 | STARBUCKS USA 00032Q48 SEATTLE WA | $5.00 |
| | | | **EVANS, MURPHY - 18 Transactions, Total** | **$1,239.21** |
| LEE, MARK | 02/03/2009 | 02/03/2009 | ABC LEGAL SERVICES SEATTLE WA | $75.00 |
| LEE, MARK | 02/05/2009 | TEMPORARY | SOS TEST ACCOUNT | $4.11 |
| LEE, MARK | 02/05/2009 | TEMPORARY | SOS TEST ACCOUNT | $1.00 |
| | | | **LEE, MARK - 3 Transactions, Total** | **$80.11** |
| | | | **25 Transactions, Total** | **$1,674.65** |

© 2000-09 Advanta Corp. All rights reserved. Advanta and the Advanta logo are registered service marks owned by Advanta Corp. Advanta Business Cards are issued by Advanta Bank Corp., Member FDIC.

**EXHIBIT 2**

<u>Susan Kane-Ronning, Ph.D.</u>         <u>1117 Ellis St. Bellingham, WA 98225</u>
Licensed Psychologist #1969              360-714-8109, ext. 1/fax: 360-756-8936

INVOICE
Date: February 5, 2009
Murphy Evans, Attorney

Re: Brian Wiederspohn

| | | |
|---|---|---|
| Testimony Preparation | 3.5 hours @ $175.00 per hour | $612.50 |
| Independent Preparation | 3.0 hours @$175.00 per hour | $525.00 |
| Travel Time to Seattle, | | |
|     Roundtrip | 3.0 hours @$175.00 per hour | $612.50 |
|     Parking Permit | | $ 15.00 |
| Testimony | 2.0 hours @$200.00 per hour | $400.00 |
| Total | | $2,165.00 |

**EXHIBIT 2**