IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN WIEDERSPOHN,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMY FREEMAN, TREVOR VANDERVEEN, Washington residents,<br><br>Defendants | Case No.: C07-2074 JPD<br><br>ORDER AWARDING COSTS AND REASONABLE ATTORNEY'S FEES TO PLAINTIFF<br><br>NOTED FOR: Friday, February 20, 2009 |

THIS MATTER came on for hearing on Plaintiff Brian Wiederspohn's Motion for Costs and Reasonable Attorney's Fees. The Court reviewed Plaintiff's motion, the Affidavit of Murphy Evans in Support of Wiederspohn's Motion for Costs and Reasonable Attorney's Fees and its supporting documentation. The Court also reviewed Defendants' response to the motion. Having reviewed the pleadings and files herein, the Court makes the following findings:

1. Plaintiff is the prevailing party in this lawsuit.

2. Plaintiff's counsel has been practicing law since 1996 and charged an hourly rate of $240.00. This hourly rate is reasonable given the experience of plaintiff's

ORDER AWARDING COSTS AND REASONABLE
ATTORNEY'S FEES TO PLAINTIFF - 1

BROWNLIE EVANS WOLF & LEE, LLP
230 E. Champion Street
Bellingham, WA 98225
Ph 360-676-0306 / F 360-676-8058

counsel, the hourly rates of like-situated practitioners, and the issues involved in this case.

3. The paralegals employed by plaintiff's counsel charged an hourly rate of $85.00. This hourly rate is reasonable for the work of paralegals employed in cases like this one.

4. The amount of time spent on the case by plaintiff's counsel and the paralegals was reasonable, given the issues involved and the contested facts.

5. The request for an award of attorney's fees in the total amount of $117,810.25 is reasonable given the jury's verdict.

6. The total costs of $24,179.46 as accounted for in Exhibit 1 and 2 to the plaintiff's affidavit involved the purchase of goods and services that were reasonable and necessary to the prosecution of plaintiff's claim.

Based on these findings, IT IS ORDERED AND ADJUDGED:

A. Plaintiff is awarded reasonable attorney's fees in the amount of $117,810.25;

B. Plaintiff is awarded costs in the amount of $24,179.46;

C. The award of costs and reasonable attorney's fees is made pursuant to Civil Rule 54, 42 U.S.C. §1983, and other applicable law;

D. These costs and reasonable attorney's fees shall be taxed to the Defendants as part of the judgment in this case.

E. Defendants shall also be taxed with any and all costs associated with the jury and other proceedings of the Court in this matter.

//

ORDER AWARDING COSTS AND REASONABLE
ATTORNEY'S FEES TO PLAINTIFF - 2

BROWNLIE EVANS WOLF & LEE, LLP
230 E. Champion Street
Bellingham, WA 98225
Ph 360-676-0306 / F 360-676-8058

1  DATED this ___ day of February, 2009.

2

3
   _____
4  Hon. James P. Donohue

5  Presented by:

6  Brownlie Evans Wolf & Lee, LLP

7

8  By: _/s/ Murphy Evans_____
9      Murphy Evans, WSBA #26293
       Attorneys for Plaintiff
10

11 Prosecuting Attorney of Whatcom County

12

13
   By: _____
14     Randall Watts, WSBA #6314
       Attorneys for Defendants
15

ORDER AWARDING COSTS AND REASONABLE         BROWNLIE EVANS WOLF & LEE, LLP
ATTORNEY'S FEES TO PLAINTIFF - 3                    230 E. Champion Street
                                                     Bellingham, WA 98225
                                              Ph 360-676-0306 / F 360-676-8058